UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON GATLIN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>        Defendants. | Case No. 21-cv-00370-SI<br><br>**ORDER DENYING FURTHER STIPULATION TO EXTEND DEADLINES**<br><br>Re: Dkt. Nos. 35, 57 |

On January 27, 2022, the parties filed a further stipulation to extend deadlines pertaining to plaintiffs' motion to compel filed on August 12, 2021. Dkt. Nos. 57 (Stipulation) and 34 (Motion to Compel). For purposes of this most recent stipulation, the parties explain:

> Counsel for plaintiffs and the County have met and conferred on the matter and agree that, based on the production of the requested documents, proceedings on the motion to compel filed in this Court (ECF No. 35) should be continued to allow plaintiffs and defendants to enter into a protective order and eventually withdraw the motion to compel. The parties anticipate that this will be the last continuance.

Dkt. No. 57 at 2. The Court has already granted multiple extensions related to the motion to compel (see Dkt. Nos. 43, 47, 50, and 54 (orders granting stipulations extending time)).

The stipulation is DENIED. The Court will deem the motion to compel MOOT, without prejudice to the motion being refiled at a later date and heard on an expedited basis if the parties cannot reach an agreement.

**IT IS SO ORDERED**.

Dated: January 31, 2022

                                                      _____
SUSAN ILLSTON
United States District Judge