UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON GATLIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-00370-SI<br><br>**ORDER GRANTING SAN JOAQUIN COUNTY LEAVE TO RESPOND**<br><br>Re: Dkt. No. 218 |

In the pending discovery dispute between plaintiffs and third-party San Joaquin County, the Court ordered plaintiffs to file a declaration providing further information, which they have now done. Dkt. Nos. 215, 216. San Joaquin County has requested leave to file a short response. Dkt. No. 218.

San Joaquin County's request is granted. San Joaquin County may file a declaration in response. The declaration shall be based on personal knowledge and shall not contain further legal argument. The discovery dispute will then be deemed ripe for review.

San Joaquin County shall file its response **no later than August 6, 2025.**

**IT IS SO ORDERED**.

Dated: August 1, 2025

_____
SUSAN ILLSTON
United States District Judge