UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON GATLIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-00370-SI<br><br>**ORDER GRANTING CONTRA COSTA COUNTY'S MOTION TO COMPEL MAXIM HEALTHCARE SERVICES TO COMPLY WITH SUBPOENA**<br><br>Re: Dkt. No. 219 |

　　　　Defendant Contra Costa County has filed a motion to compel Maxim Healthcare Services to comply with a subpoena that the County served on January 16, 2025. Dkt. No. 219. The record indicates that the County emailed a draft of the motion to compel to Maxim Healthcare Services on July 10, 2025, and received no response. The County then filed the motion to compel on the docket in this case on August 1, 2025. Again, Maxim Healthcare Services has not responded.

　　　　The Court hereby ORDERS Maxim Healthcare Services to comply with the January 16, 2025 subpoena served by Contra Costa County. *See* Dkt. No. 219-1. Maxim Healthcare Services shall produce the requested records to Contra Costa County **no later than August 25, 2025.**

**IT IS SO ORDERED**.

Dated: August 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge