UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON GATLIN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>CONTRA COSTA COUNTY, et al.,<br>　　　　Defendants. | Case No. 21-cv-00370-SI<br><br>**ORDER RE: DISCOVERY DISPUTE ON MEET AND CONFER**<br>Re: Dkt. No. 223 |

On August 7, 2025, County defendants filed a discovery dispute letter regarding the scope of plaintiffs' requests for production of documents and plaintiffs' alleged refusal to meet and confer within a reasonable timeframe. Dkt. No. 223. Among other relief, County defendants requested that by August 8—i.e., by the next day—"the Court order Plaintiffs to meet and confer over the relevance of Plaintiffs' pending requests as they pertain to Plaintiffs' remaining claims." *Id.* at 3. Elsewhere in the letter, County defendants indicated that plaintiffs' counsel had offered to meet and confer on the Rule 30(b)(6) deposition notice on August 8 and that counsel overseeing the written discovery (who was apparently out of town for several days in August) could meet and confer on the remaining matters on August 13 or 14. *Id.*; *see also* Dkt. No. 224 at 1.

The Court finds the present dispute does not comply with the undersigned's Standing Order and thus wastes this Court's time and resources. *See* Judge Illston's Standing Order ¶ 3. The parties are **ORDERED** to meet and confer on the present dispute as described in Judge Illston's Standing Order at paragraph 3.

There should be ample time for the parties to meet and confer on the issues raised in the letters prior to the close of fact discovery on October 3, 2025. If the parties are unable to engage in good faith meet and confer efforts by telephone or videoconference, the Court may consider

alternative measures to encourage the parties to resolve such disputes before bringing them to the Court. *See, e.g.*, Standing Order for Discovery in Civil Cases Before Judge Donato ¶ 20 (advising that Judge Donato may order lead counsel to appear for a meet-and-confer in person at the court).

**IT IS SO ORDERED**.

Dated: August 14, 2025

SUSAN ILLSTON
United States District Judge