Shawn A. McMillan, Esq. – SBN: 208529
Stephen D. Daner, Esq. – SBN: 259689
Evan D. Pullman, Esq. – SBN: 342431
THE LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
Telephone: (858) 646-0069
Facsimile: (858) 746-5283

Tiffany T. Chung (SBN 275981)
Tiffany@chunglegal.com
Law Offices of Tiffany Chung
800 W. 6th Street, # 800
Los Angeles, CA 90017
Tel: 310-363-0327
Fax: 888-402-2078

Attorneys for Plaintiffs Edison Gatlin, by and through his successors in interest, Clarissa Simms and Edward Gatlin; and Clarissa Simms and Edward Gatlin, individually

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Edison Gatlin, a deceased minor, by and through his successors in interest, Clarissa Simms and Edward Gatlin; Clarissa Simms, an individual; and Edward Gatlin, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Contra Costa County, a public entity, et al. | Case No. 3:21-cv-00370-SI<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE – ALL CLAIMS ALL COUNTY AFFILIATED PARTIES**<br><br><br>Courtroom: 1, 17th Floor<br>Judge: Hon. Susan Illston, Presiding<br>Date Action filed: January 14, 2021<br>Trial Date: N/A |

**TO THE COURT AND THE PARTIES HEREIN**:

THIS STIPULATION is made between Plaintiffs Clarissa Simms, and Edward Gatlin, individually and as successors in interest to Edison Gatlin, Jr., and Defendants, Contra Costa County, Kimberly Baker, Barbara Crespo, Leslie Davis, Alexandria Kotran, Kerissa Lynch, Christy Roland, Georgette Shipe, Craig Thurmond, Eleanor Walker and Marcy Williamson, hereafter referred to as "County Defendants."

These parties, through their counsel, stipulate and agree, pursuant to FRCP Rule 41(a)(1)(ii), that all claims for relief against all County Defendants shall be dismissed in their entirety and with prejudice.

IT IS SO STIPULATED.

Dated: January 20, 2026        The Law Offices of Shawn A. McMillan, APC


 /s/ Shawn A. McMillan

Shawn A. McMillan, Esq.
Attorneys for Plaintiffs


Dated: January 20, 2026        Office of County Counsel, Contra Costa County


 /s/ Jason W. Mauck
Jason W Mauck, Esq.
Attorneys for Defendants

In addition to the foregoing, Plaintiffs Clarissa Simms, and Edward Gatlin, individually and as successors in interest to Edison Gatlin, Jr., further request that all remaining Defendants who have not already been dismissed from the action be dismissed without prejudice.

Dated: January 20, 2026        The Law Offices of Shawn A. McMillan, APC

 /s/ Shawn A. McMillan

Shawn A. McMillan, Esq.
Attorneys for Plaintiffs

APPROVED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA